I understand from the clerk that the parties are here so as soon as you all are ready we'll proceed Mr. Samaroo you can approach the podium and there are two adjustments that you can make one is the height of the whole podium there's a little button I think it'll be at your right hand if you want it looks pretty good right now and you can also adjust the mics but those look good you've reserved two minutes for rebuttal so when you're ready you may begin okay thank you your honors hello my name is Karamton Samaroo I'm a pro se litigant in case 23 7 9 9 9 the US Supreme Court decision number 22-6 6 0 Murray versus UBS securities LLC of February 8th 2024 relax the burden of proof for whistleblowers I continue to be in possession of confidential supervisory information documents I am also in other litigations in 2021 my landlord representative and Kawas are advised me to ask the Bank of New York Mellon for five million dollars in settlement in current housing court I reported suspicious things have occurred New York State Attorney General Letitia James and New York City Comptroller Office Brad Lander were also reported to the purported building superintendent mr. Marzook Mohammed son was caught in my apartment and I apartment I have not seen a subpoena or FISA warrant to access my apartment I became aware of New York State Office of Temporary and Disability Assistant fraud and I raised my concerns in New York City Housing Court I am being the bank I have credit card court cases with City Bank Wells Fargo senior management have moved from the Bank of New York Mellon to Wells Fargo and potential litigation with Bank of America additionally I am the voluntary administrator and a beneficiary for my mother's estate who passed away in December 2023 there is a potential for medical insurance fraud case NYCHA and their payment processor Wells Fargo have not returned security deposit to their state there appears to be a catch-and-kill process that is ongoing based on all of the above and my filings in the brief and the reply brief this case should be moved back down to the Southern District of New York to begin my jury trial thank you your honors may please the court John Lee from Morgan was on behalf of the Bank of New York Mellon there's been no basis offered by the appellant to disturb the final judgment mandate of this court issued back in July of 2023 that affirmed the dismissal of mr. Sam Rose section 806 socks claim at the has had ample opportunity to be heard five adjudicative bodies have heard and or investigated his socks claim OSHA investigated his claim and found that he had not alleged protected activity an administrative law judge in February of 2021 granted summary decision after a 40 mr. Samron eight-month discovery period the magistrate judge in the Southern District issued a report and recommendation that the case be dismissed and that the Bank of New York's motion to dismiss be granted because mr. Samra had not alleged protected activity under socks and district court adopted a report recommendation and importantly the magistrate judge in the district court advised mr. Samron written opinions that he has been granted leave to amend at that time he had a certain time certain by which he should file his motion for a leave to amend and referring to lawyers assistance groups should he so need that and he declined those opportunities chose to appeal to this court this court heard his appeal we conducted oral argument and the second circuit affirmed the dismissal and issued a judgment mandate that's the law of the case uh mr. Samra has not cited any later events and nor has he cited that the district court engaged in abusive discretion in his analysis of rule 59 rule 60 in declining to vacate this court's judgment mandate for those reasons we ask that the case be dismissed thank you all right thank you counsel mr. Samaru you reserved some of your time for rebuttal if there's anything you want to add in response to mr. Lee's statement you're free to do that now as i indicated earlier i i continue to be pro se and i put all the evidence in the dockets on the record and i continue to state and in other courts that i don't know what is going on because every time i try to show the documents the confidentiality supervisory information um it's it was never used in part of the docket and in the information used furthermore i'm concerned about right now i'm in housing court and in housing when i try to talk about what's going on about accessing the apartment and documents we're taking out including several things that were missing my two japanese baseball hats my pat u.s passport my uh my my my wife's uh sunglasses my what a son's birth certificates and most important my lease agreement this continues to be very concerning but mr samaru i understand what you're saying but do you understand that the lawsuit that you filed was against u.s bank it was saying that you were fired from the bank for uh blowing the whistle on securities fraud it's not about the case it was not a case about housing it's not a case against your landlord i'm trying to make sure that everything is connected because in the bank of new york mellon when i explained about the whistleblower activities that i was doing somebody came into the apartment and accessed and took stuff out of the apartment that's why i mentioned that and i don't know who did that was it the law enforcement at uh people i don't know no one showed me a subpoena or fiza warrant remember i have it wasn't law enforcement people what why wasn't it just a thief and you said that the super sun was found in your apartment what does any of that have to do with u.s bank it's the bank of new york mellon yeah right the bank of new york mellon is a global organization and as part of my role and responsibility as a senior information risk officer i wear many hats we work with the nsa the fbi and the cia in terms of the information that i was dealing with the confidential supervisory information documents this document does not belong to the bank it belongs to the regulators the u.s regulators and as part of my records that i had provided to the court i indicated all the agencies that i've contacted regarding uh the information that we're talking about okay i think i understand then what you're saying yes so what i'm trying to make sure while this is going you're over your time but i'll give you a minute to wrap up if you while this is going on i'm not able to find any other job to be unemployed because i'm a the bank and i'm even in my wells fargo case i have in the the courts i've explained to them that the senior management charles schaaf um bridget engel and other senior management people have moved to wells fargo and i i'm losing my wells fargo and potentially i have another case bank of america everywhere i go i'm being the bank i am being uh isolated and that's where i stand right now and the gist of this is that based on the whistleblower case from the uh that uh justice sotomayor wrote the idea is that as a whistleblower i just need to prove it's a each of the the courts the information that i have provided including the very detailed amended document the complaint shows timelines the witnesses and everybody who's involved all that i asked for is the opportunity to take the case and bring it to a jury bring it down to the southern district where we can have a jury trial and let the jury review the case all right thank you sir understand your argument thank you counsel we'll take that case under advisement